UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA S. GROHS,<br><br>        Plaintiff,<br><br>    v.<br><br>KRISTINE KARKANEN,<br><br>        Defendant. | Case No. 18-cv-04820-VC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 7 |

The Court has reviewed Judge Corley's Report and Recommendation and notes there are no objections to the Report. The Court adopts the Report in full. Accordingly, the case is remanded to the Superior Court of California for the County of Contra Costa.

    **IT IS SO ORDERED.**

Dated: October 11, 2018

_____
VINCE CHHABRIA
United States District Judge